An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CIRIA ELIZABETH GONZALEZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 61472

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a no contest plea, of possession of a controlled substance not for the purpose of sale. Seventh Judicial District Court, White Pine County; Dan L. Papez, Judge.

Appellant Ciria Elizabeth Gonzalez contends that she is entitled to a new sentencing hearing because the supplemental presentence investigation report (PSI) prepared by the Division of Parole and Probation stated, "If granted Probation, [Gonzalez] would have to be transferred to the jurisdiction of the State of Arizona since she has no ties to the community or the State of Nevada." Gonzalez claims "it is impossible to tell" how this statement in the PSI influenced either the Division's recommendation for a prison term or the district court's sentencing determination. Gonzalez did not object below to the statement in the PSI and on appeal fails to demonstrate plain error affecting her substantial rights. See NRS 178.602; Mendoza-Lobos v. State, 125 Nev. 634, 644, 218 P.3d 501, 507 (2009); Valdez v. State, 124 Nev. 1172, 1190,

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07723

196 P.3d 465, 477 (2008).[1]  Therefore, we conclude that Gonzalez is not entitled to relief, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Seventh Judicial District Court Dept. 2
      State Public Defender/Ely
      State Public Defender/Carson City
      Attorney General/Carson City
      White Pine County District Attorney
      White Pine County Clerk

---

[1]The district court imposed a prison term of 12-34 months after stating it was "not inclined to grant probation" due to Gonzalez's criminal history and inability to successfully complete prior probationary terms and/or diversion programs.